UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTSPOT THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NURIX THERAPEUTICS, INC.,<br><br>Defendant. | Case No. 22-cv-04109-TSH<br><br>**ORDER RE MOTION TO RETAIN HIGHLY CONFIDENTIAL DESIGNATION, MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 84, 85, 94 |

Nurix's motion to retain the "Highly Confidential – Attorneys' Eyes Only" designation for its 2019.210 Disclosure (ECF No. 85) is **GRANTED**. The motion is timely. The deadlines in section 6.3 of the protective order did not begin to run until the order was entered. The motion was filed within 21 days after the order was entered and within 14 days of March 8, 2023, the first date at which it is clearly documented that the parties agreed the meet and confer process would not resolve their dispute. On the merits, Nurix has sufficiently justified the HC-AEO designation, given that HotSpot is its competitor. Notwithstanding materials that HotSpot already had in its possession, the 2019.210 Disclosure was created by Nurix in litigation and is something that HotSpot did not previously have.

The motion to seal at ECF No. 84 is **GRANTED**. In light of ECF No. 98, the motion to seal at ECF No. 94 is **GRANTED** as to the opposition brief and Exhibit A and **DENIED** as to Exhibit B. The Court **ORDERS** HotSpot to file Exhibit B in the public record within five days.

**IT IS SO ORDERED.**

Dated: April 26, 2023

THOMAS S. HIXSON
United States Magistrate Judge