UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTSPOT THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NURIX THERAPEUTICS, INC.,<br><br>    Defendant. | Case No. 22-cv-04109-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 106 |

The Court previously issued an order finding that Nurix's alleged trade secrets 1(b), 2(a), 3, 4 and 5(c) were impermissibly vague and issuing a stay of discovery on Nurix's trade secret claims and on part of its breach of contract claim. ECF Nos. 101 (under seal version), 105 (public redacted version). Nurix amended its 2019.210 disclosure on May 3, 2023. In the amended disclosure, Nurix has withdrawn trade secret 1(b) and revised trade secrets 2(a), 3, 4 and 5(c). The parties have filed a joint discovery letter brief at ECF No. 106 disputing whether these amendments have cured the defects the Court saw in these trade secrets.

They have. Nurix has addressed the problems the Court saw in the identification of these trade secrets, which are now sufficiently disclosed. Accordingly, the Court **ENDS** the stay of discovery on Nurix's trade secret claims and part of its breach of contract claim.

**IT IS SO ORDERED.**

Dated: May 19, 2023

THOMAS S. HIXSON
United States Magistrate Judge