UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOTSPOT THERAPEUTICS, INC.,

Plaintiff,

v.

NURIX THERAPEUTICS, INC.,

Defendant.

Case No.  22-cv-04109-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 154

The parties have filed a joint discovery letter brief concerning whether HotSpot must make its source code inspection laptop available for the deposition of HotSpot's Rule 30(b)(6) witness, Dr. Michael Tota, which is currently scheduled for tomorrow in Boston.  ECF No. 154.  This request goes beyond what is required by the stipulated protective order (ECF No. 76 at 13-15), but the protective order also says that "[n]othing in this Order abridges the right of any person to seek its modification by the court in the future."  *Id*. ¶ 14.1.  Here, Nurix has demonstrated good cause for this request.  Accordingly, the Court **ORDERS** HotSpot to make its source code inspection laptop available for use at this deposition.

**IT IS SO ORDERED.**

Dated: December 4, 2023

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California