UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOTSPOT THERAPEUTICS, INC.,

Plaintiff,

v.

NURIX THERAPEUTICS, INC.,

Defendant.

Case No.  22-cv-04109-TSH

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 178

      With respect to Nurix's motion at ECF No. 178, and having considered HotSpot's response at ECF No. 184, the Court **ORDERS** that Exhibits E, F, G, H, I, J, K and R shall remain under seal.  However, sealing the entirety of Exhibits C and D is overbroad.  Accordingly, HotSpot's request to seal the entirety of Exhibits C and D is **DENIED WITHOUT PREJUDICE** to HotSpot filing a narrowly drawn motion to seal as to those exhibits within seven days.

      **IT IS SO ORDERED.**

Dated: February 9, 2024

THOMAS S. HIXSON
United States Magistrate Judge