UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTSPOT THERAPEUTICS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NURIX THERAPEUTICS, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-04109-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff/Counterclaim Defendant HotSpot Therapeutics, Inc. moves for partial summary judgment in its favor that Defendant/Counterclaim Plaintiff Nurix Therapeutics, Inc.'s trade secret misappropriation claims are barred by the applicable three-year statute of limitations. ECF No. 189. Nurix failed to file an opposition in compliance with Civil Local Rule 7. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the March 14, 2024 noticed hearing date and **ORDERS** Nurix to show cause why its claims should not be dismissed for failure to prosecute and failure to comply with court deadlines. Nurix shall file a declaration by February 29, 2024 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Nurix file an opposition, HotSpot may file any reply by March 8, 2024.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and your claims will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 21, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge